# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONTEZ BETHEA, | CIVIL ACTION |
| *Petitioner*, | |
| v. | No. 18-cv-5014 |
| BARRY SMITH, <u>ET</u> <u>AL.</u>, | |
| *Respondents*. | |

## ORDER

**AND NOW,** this 13th day of May, 2019, upon careful and independent consideration of the petition for a writ of habeas corpus, available state records, and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 6), it is hereby **ORDERED** that:

1. The Report and Recommendation is **ADOPTED** and **APPROVED**;

2. The petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**;

3. A certificate of appealability **SHALL NOT BE ISSUED** because the Petitioner has neither made a substantial showing of the denial of a constitutional right, nor demonstrated that a reasonable jurist would debate the correctness of this ruling pursuant to 28 U.S.C. § 2254(c)(2);

4. Petitioner's Motion for a Stay (ECF No. 8) is **DENIED**; and

5. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**